**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ESTATE OF DAMON R. FISHER, *et al.*

Plaintiffs,

v.

CITY OF ANNAPOLIS, *et al.*

Defendants/ Third-Party Plaintiff

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVEOPMENT

Third-Party Defendant

Case No. 1:21-cv-01074-CCB

**CONSENT MOTION TO EXTEND TIME**
**TO RESPOND TO THIRD-PARTY COMPLAINT**

Third-Party Defendant United States Department of Housing and Urban Development, ("HUD"), by counsel, Erek L. Barron, United States Attorney for the District of Maryland, and Ariana Wright Arnold, Assistant United States Attorney, submits this *Consent Motion to Extend Time to Respond to Complaint* (the "Motion").

1. On May 24, 2022, the City of Annapolis filed a Third-Party Complaint against HUD. (ECF 47).

2. The City of Annapolis filed a Third-Party Complaint on May 24, 2022 (ECF 47), which was served on the U.S. Attorney on June 17, 2022, (ECF 59), so HUD's original deadline to respond to the Complaint was August 16, 2022.

3. Due to the need for additional time for HUD to gather and send relevant information to the U.S. Attorney's Office, HUD sought and secured an extension of time to respond through September 15, 2022.

4. However, the information needed to respond to the Complaint was not provided until September 12, 2022. As such, an additional extension is necessary for the Third-Party Defendant to respond.

5. Given that the scheduling order suggests that the parties will be conducting only or predominantly document discovery prior to December 15, 2022, this request should not pose any difficulty for the parties or the Court.

6. Pursuant to LR 105.9, undersigned counsel requested the positions of other counsel in this matter regarding the requested extension, all counsel have indicated they consent.

WHEREFORE, HUD respectfully requests that the Court extend the deadline for Third-Party Defendant HUD to respond to the Complaint to September 26, 2022.

September 15, 2022

Respectfully submitted,

EREK L. BARRON
United States Attorney

By: /s/

ARIANA WRIGHT ARNOLD
USDC Md Bar No. 23000
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
(410) 209-4813
Ariana.Arnold@usdoj.gov

*Counsel for Third-Party Defendant HUD*

**CERTIFICATE OF SERVICE**

I certify that on September 15, 2022, I efiled and thereby sent a copy of the *Consent Motion to Extend Time* via ECF to counsel of record in this matter.

/s/
Ariana Wright Arnold

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ESTATE OF DAMON R. FISHER, *et al.*

Plaintiffs,

v.

CITY OF ANNAPOLIS, *et al.*

Defendants/ Third-Party Plaintiff

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVEOPMENT

Third-Party Defendant

Case No. 1:21-cv-01074-CCB

**ORDER GRANTING HUD'S CONSENT**
**MOTION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT**

Upon consideration of the *Unopposed Motion to Extend Time to Respond to the Third-Party Complaint* (the "Motion"), filed by Third-Party Defendant United States Department of Housing and Urban Development, and having considered the positions of the other parties, if any, finding there is good cause therefor, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED**, that the deadline for Third-Party Defendant HUD to respond to the Third-Party Complaint is hereby **EXTENDED** to September 26, 2022.

Dated: ______________

___________________________________
The Honorable Catherine C. Blake
United States District Judge