# UNITED STATES DISTRICT COURT
for the
District of Maryland

ESTATE OF DAMON R. FISHER, et al.
*Plaintiff*

v.

CITY OF ANNAPOLIS, et al.
*Defendant, Third-party plaintiff*

v.

U.S. DEPARTMENT OF H.U.D, et al.
*Third-party defendant*

Civil Action No. 1:21-cv-01074-CCB

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* MARCIA FUDGE, Secretary, United States Department of Housing and Urban Development c/o Associate General Counsel for Litigation, Office of Litigation
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, D.C. 20410

A lawsuit has been filed against defendant   City of Annapolis  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Estate of Damon Fisher, et al.  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
D. Michael Lyles, City Attorney
160 Duke of Gloucester Street
Annapolis, MD 21401

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
P. Joseph Donahue
18 West Street
Annapolis, MD 21401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-01074-CCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marcia Fudge, Secretary U.S. Dept. of H.U.D.
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

✔ Other *(specify):*  Notice
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/25/2022

/s/ D. M. Lyles
*Server's signature*

D. Michael Lyles, City Attorney
*Printed name and title*

City of Annapolis Office of Law
160 Duke of Gloucester Street
Annapolis, MD 21401
*Server's address*

Additional information regarding attempted service, etc: