IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE ESTATE OF DAMON R. FISHER, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Case No. 1:21-cv-1074-MJM |
| HOUSING AUTHORITY OF THE CITY OF ANNAPOLIS, | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \*

## SETTLEMENT ORDER
## (LOCAL RULE 111)

This Court has been advised by the parties that the dispute between the plaintiffs and Housing Authority of the City of Annapolis ("HACA") in this action has been settled, including any counterclaims. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

HACA is hereby dismissed as a defendant in this action, and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action as to HACA if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

This action shall remain open as to the City of Annapolis.

It is so ORDERED this 12th day of September, 2024.

_____/S/_____
Matthew J. Maddox
United States District Judge