## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

The Estate of Damon R. Fisher, *et al.*

Plaintiffs,

v.

The City of Annapolis, *et al.*,

Defendants.

Civil Action No. 1:21-cv-01074-MJM

## NOTICE OF STIPULATION OF DISMISSAL OF CAPITAL CONSTRUCTION, LLC

Plaintiffs and Defendant Capital Construction, LLC hereby stipulate to the dismissal of Plaintiffs' claims against Capital Construction, LLC with prejudice. This dismissal does not affect any of Plaintiffs' claims in this case against any other party.

Respectfully submitted,

Dated: September 9, 2024

By:    */s/ Peter A. Holland*
Peter A. Holland
Fed. Bar No. 10866
THE HOLLAND LAW FIRM, P.C.
914 Bay Ridge Rd. Ste 230
Annapolis, MD 21401
Telephone: (410) 280-6133
Facsimile: (410) 280-8650
peter@hollandlawfirm.com
*Counsel for Plaintiffs*

*/s/ Matthew S. Johnston*
Matthew S. Johnston, Esq.
Bar Number: 17178
Johnston Business Law Group
122 E. Patrick Street
#103
Frederick, MD 21701
(240) 351-9944
matt@johnston-legal.com
*Counsel for Capital Construction, LLC*