IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Baltimore Division**

| | |
|---|---|
| **TAMARA JOHNSON, et al. individually and on behalf of all others similarly situated**<br><br>    Plaintiffs,<br><br>v.<br><br>**THE CITY OF ANNAPOLIS,**<br><br>    Defendant. | Case No. 1:21-cv-01120-MJM |
| **THE ESTATE OF DAMON R. FISHER, et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**THE CITY OF ANNAPOLIS, et al.**<br><br>    Defendants. | Case No.: 1:21-cv-01074-MJM |

**JOINT STIPULATION AND REQUEST FOR REFERRAL TO MEDIATION**

Plaintiffs and Defendants/Third-Party Defendant, by and through undersigned counsel, hereby submit this Joint Stipulation and respectfully state as follows:

1. Withdrawal Without Prejudice.  The Parties agree that on December 12, 2025, the City shall withdraw its pending Motions for Summary Judgment (ECF 181 *Johnson* and ECF 230 *Fisher*) without prejudice.

2. Referral to Mediation.  The Parties jointly request that this matter be referred back to mediation before Magistrate Judge Austin, in an effort to resolve the remaining issues without further litigation.

3. Briefing Schedule if Mediation Is Unsuccessful.  In the event mediation does not

result in a resolution of this matter, the Parties agree to confer and submit a proposed new briefing schedule for the Court's approval.

4. Vacatur of Current Briefing Schedule. The Parties further agree that the current briefing schedule is vacated pending completion of mediation.

Date: December 12, 2025

Respectfully submitted,

By:

*/s/ P. Joseph Donahue*
P. Joseph Donahue, Esquire
Bar Number: 06245
18 West Street
Annapolis, Maryland 21401
Telephone: 410-280-2023
Fax: 410-280-0905
Email: pjd@thedonahuelawfirm.com

*/s/ Jessica D. Corace*
Jessica D. Corace, Bar No. 29828
Assistant City Attorney
160 Duke of Gloucester Street
Annapolis, Maryland 21401
(410) 263-7954
(410) 268-3916
jcorace@annapolis.gov
*Attorney for the City of Annapolis*

*/s/ Peter A. Holland*
Peter A. Holland
Fed. Bar No. 10866
THE HOLLAND LAW FIRM, P.C.
914 Bay Ridge Rd. Ste 230
Annapolis, MD 21403
Telephone: (410) 280-6133
Facsimile: (410) 280-8650
peter@hollandlawfirm.com

*/s/ Carrie Blackburn Riley*
Carrie Blackburn Riley, Esquire
Blackburn Riley, LLC
222 Courthouse Court, Ste. 2F
Baltimore, MD 21204
cbr@blackburnriley.com
*Attorney for Defendant/ Third-Party Defendant Housing Authority of the City of Annapolis*

*/s/ Scott C. Borison*
Scott C. Borison (Bar No. 22596)
Borison Firm LLC.
1400 S. Charles St.
Baltimore MD 21230
Telephone: (301) 620-1016
scott@borisonfirm.com

*Counsel for Plaintiffs and the Class*